IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DION SCOTT HOPSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:05-cv-194
CRIM. NO. 2:01-cr-185

JUDGE SARGUS
MAGISTRATE JUDGE KEMP

## OPINION AND ORDER

On March 17, 2005, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2255 Cases in the United States District Courts recommending that claims one, two, and three be dismissed. In claim four, petitioner asserted the ineffective assistance of counsel; however, petitioner failed to include any specific allegations regarding such claim. He was given twenty days to amend his petition with specific allegations of ineffective assistance of counsel.

Although the parties were specifically informed of their right to object to the *Report and Recommendation,* and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*. Further, although given the opportunity to do so, petitioner has failed to amend the petition to include any specific allegations of ineffective assistance of counsel.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

EDMUND A. SARGUS, JR.
United States District Judge